```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| ABE HAROLD, III, | : |
| Plaintiff, | : Civ. No. 21-0501 (NLH) (AMD) |
| v. | : **MEMORANDUM OPINION & ORDER** |
| POLICE OFFICER DANIEL BAGLEY, et al., | : |
| Defendants. | : |

APPEARANCE:

Abe Harold, III
911 2nd Street
Millville, NJ 08332

    Plaintiff Pro se

HILLMAN, District Judge

    WHEREAS, the Court dismissed Plaintiff's amended complaint without prejudice under 28 U.S.C. § 1915 on April 12, 2022, ECF No. 17; and

    WHEREAS, the Court granted Plaintiff leave to file a proposed second amended complaint within 45 days, Id.; and

    WHEREAS, Plaintiff filed a notice of address change on May 13, 2022 and requested an extension of time to submit a proposed second amended complaint for this Court's review under 28 U.S.C. § 1915, ECF No. 19; and

WHEREAS, the Court will grant Plaintiff's request and extend the time for submission until June 30, 2022,

THEREFORE, IT IS on this 24th day of May, 2022

ORDERED that Plaintiff's request for an extension of time to submit a proposed second amended complaint, ECF No. 19, be, and hereby is, granted; and it is further

ORDERED that Plaintiff may submit his proposed second amended complaint for this Court's 28 U.S.C. § 1915 review by June 30, 2022.  Failure to submit a proposed second amended complaint within the time set by the Court may result in dismissal with prejudice; and it is further

ORDERED that the Clerk shall reopen this matter upon receipt of a proposed second amended complaint, but summonses shall not issue until further order of the Court; and it is finally

ORDERED that the Clerk shall send Plaintiff a copy of this Order by regular mail.

At Camden, New Jersey

   s/ Noel L. Hillman   
NOEL L. HILLMAN, U.S.D.J.