```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

_____
                                    :
ABE HAROLD, III,                    :
                                    :
        Plaintiff,                  :   Civ. No. 21-0501 (NLH) (AMD)
                                    :
    v.                              :   **MEMORANDUM OPINION & ORDER**
                                    :
                                    :
POLICE OFFICER DANIEL BAGLEY,       :
et al.,                             :
                                    :
        Defendants.                 :
_____:

APPEARANCE:

Abe Harold, III
911 S. 2nd Street
Millville, NJ 08332

    Plaintiff Pro se

HILLMAN, District Judge

    WHEREAS, the Court dismissed Plaintiff's amended complaint without prejudice under 28 U.S.C. § 1915 on April 12, 2022, ECF No. 17; and

    WHEREAS, the Court granted Plaintiff leave to file a proposed second amended complaint within 45 days, Id.; and

    WHEREAS, Plaintiff filed a notice of address change on May 13, 2022 and requested an extension of time to submit a proposed second amended complaint for this Court's review under 28 U.S.C. § 1915, ECF No. 19; and

WHEREAS, the Court granted Plaintiff's request and extended the time for submission until June 30, 2022, ECF No. 20; and

WHEREAS, Plaintiff has not submitted a proposed second amended complaint within the time set by the Court,

THEREFORE, IT IS on this __10th__ day of __August__, 2022

ORDERED that the Clerk shall reopen this matter for purposes of entering this Order; and it is further

ORDERED that the amended complaint, ECF No. 18, be, and hereby is, dismissed with prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii)-(iii) as stated in this Court's April 12, 2022 Opinion and Order, ECF Nos. 16 & 17,; and it is finally

ORDERED that the Clerk shall send Plaintiff a copy of this Order by regular mail and close this matter.

At Camden, New Jersey              s/ Noel L. Hillman
                                   NOEL L. HILLMAN, U.S.D.J.